STATE v. JONES

No. 611P01

Case below: 146 N.C. App. 307

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

STATE v. JONES

No. 27P02

Case below: 147 N.C. App. 788

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 2002.

STATE v. LAMBERT

No. 610P01

Case below: 146 N.C. App. 360

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 6 March 2002. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

STATE v. LEWIS

No. 9P02

Case below: 147 N.C. App. 525

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

STATE v. LOTHARP

No. 106A02

Case below: 148 N.C. App. 435

Motion by plaintiff for temporary stay allowed 26 February 2002. Petition by plaintiff for writ of supersedeas allowed 26 February 2002.